AO 10
Rev. 1/2007

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Kiser, Jackson L | U. S. District Court (WDVA) | 04/18/2007 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Senior District Judge | ☐ Nomination, Date <br> ☐ Initial  ☒ Annual  ☐ Final <br><br> 5b. ☐ Amended Report | 01/01/2006 to 12/31/2006 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| P. O. Box 3326 <br> Danville, VA 24543-3326 | Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

[X] NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

[X] NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2007 APR 27 A 9 42 FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Kiser, Jackson L | 04/18/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☒ NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kiser, Jackson L | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Sun Trust | A | Dividend | K | T | | | | | |
| 2. 3M Company | A | Dividend | K | T | | | | | |
| 3. Consolidated Edison | B | Dividend | K | T | | | | | |
| 4. Lord Abbet Deb. Fund | B | Dividend | K | T | | | | | |
| 5. Petlin, Inc. | | None | J | W | | | | | |
| 6. Hooker Furniture Company | A | Dividend | K | T | | | | | |
| 7. First Carolina Investors | B | Dividend | J | T | | | | | |
| 8. Vaughan Furniture Corp. | A | Dividend | J | T | | | | | |
| 9. 1st Natl. Bk. of Rocky Mt. | D | Dividend | N | T | merger | 12/29 | | | Carter Bank & Trust |
| 10. Patrick Henry National Bank | C | Dividend | L | T | merger | 12/29 | | | Carter Bank & Trust |
| 11. Peoples Bank of Danville | G | Dividend | P1 | T | merger | 12/29 | | | Carter Bank & Trust |
| 12. Community National Bank | D | Dividend | O | T | merger | 12/29 | | | Carter Bank & Trust |
| 13. Chatmoss Country Club | | None | J | W | | | | | |
| 14. Wachovia Corp. | B | Dividend | K | T | | | | | |
| 15. Metropolitan Wash. Apt. Auth. Bonds | B | Interest | K | T | Buy | 4/04 | K | | Market |
| 16. Patriot Bank | E | Dividend | O | T | merger | 12/29 | | | Carter Bank & Trust |
| 17. Central National Bank | | None | N | T | merger | 12/29 | | | Carter Bank & |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kiser, Jackson L | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | Trust |
| 18. Shenandoah National Bank | | None | L | T | merger | 12/29 | | | Carter Bank & Trust |
| 19. Mountain National Bank | D | Dividend | M | T | merger | 12/29 | | | Carter Bank & Trust |
| 20. Cash MMA & Savings | E | Interest | N | T | | | | | |
| 21. Life Insurance (NML) | C | Interest | M | T | | | | | |
| 22. Va.St.Auth.Wtr.Sys.Dinwiddie Co. | C | Interest | K | T | | | | | |
| 23. 1st National Exchange Bank | | None | M | T | merger | 12/29 | | | Carter Bank & Trust |
| 24. American Electric Power | A | Dividend | K | T | | | | | |
| 25. Dinwiddie Co. (VA) Bonds | B | Interest | K | T | | | | | |
| 26. Portsmouth VA GO Bond | B | Interest | K | T | | | | | |
| 27. Progressive Corp. | B | Interest | K | T | | | | | |
| 28. Riverside Va. Regional Jail | B | Interest | K | T | | | | | |
| 29. Piedmont Natural Gas, Inc. | C | Dividend | L | T | | | | | |
| 30. Scottish Power | A | Dividend | K | T | sold | 11/29 | | | market |
| 31. Met.Wash.DC Apt. Auth Bond | B | Interest | K | T | Buy | 10/00 | K | | Cor omission fr prior rpts |
| 32. Keyspan Corp. | C | Dividend | L | T | | | | | |
| 33. Carter Bank & Trust | E | Dividend | P1 | Q | merger | 12/29 | | | See Part VIII |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| | Q =Appraisal | S =Assessment | T =Cash Market | | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kiser, Jackson L | 04/18/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 34.  U. S. Bancorp | D | Dividend | L | T | Buy | 5/30 | L | | Market |
| 35.  Toyota Mtr. Credit Note | A | Interest | K | T | Buy | 10/12 | K | | Market |
| 36.  IRA Del. Charter G&T Trustee | | | | | | | | | |
| 37.  Ford Motor Credit Note | C | Interest | K | T | | | | | |
| 38.  Blue Ridge Bank | D | Dividend | N | T | merger | 12/29 | | | Carter Bank & Trust |
| 39.  Patrick Henry National Bank | B | Dividend | M | T | merger | 12/29 | | | Carter Bank & Trust |
| 40.  Community Natl.Bank | C | Dividend | L | T | merger | 12/29 | | | Carter Bank & Trust |
| 41.  GNMA Certificate | A | Interest | J | T | | | | | |
| 42.  Mountain National Bank | B | Dividend | M | T | merger | 12/29 | | | Carter Bank & Trust |
| 43.  Shenandoah National Bank | | None | K | T | merger | 12/29 | | | Carter Bank & Trust |
| 44.  Bank Building Corp. | | None | J | T | | | | | |
| 45.  GM Accept. Corp. (notes) | C | Interest | L | T | | | | | |
| 46.  Ford Holdings, Inc. | C | Interest | K | T | | | | | |
| 47.  Carter Bank & Trust | D | Dividend | O | Q | merger | 12/29 | | | See Part VIII |
| 48.  MMF & CD's (Scott & Stringfellow) | D | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kiser, Jackson L | 04/18/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

Ten individual banks were merged into Carter Bank & Trust on 12/29/07. An exchange of shares was for equivalent value thus no gain or loss. See lines 9-12, 16-19, 20, 38-40, 42-43, and 47.

| Name of Person Reporting | Date of Report |
|---|---|
| Kiser, Jackson L | 04/18/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Sign _____ Date 4-19-07

NO_____ OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544